# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HELENA GLOBAL INVESTMENT OPPORTUNITIES I LTD. | ) Case No. 1:26-cv-05818 |
| Plaintiff, | ) |
| vs. | ) |
| SADOT GROUP INC., | ) |
| Defendant. | ) |

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Helena Global Investment Opportunities I Ltd., by and through its undersigned counsel, hereby gives notice of the voluntary dismissal of this action with prejudice. No other party has appeared in this action.

Dated: July 21, 2026

Respectfully submitted,

Steven A. Heath (SBN 250867)
saheath@heathsteinbeck.com
GRIFFIN PARTNERS, LLP
407 N. Maple Drive, Ground Floor
Beverly Hills, CA 90210
Tel: (213) 335-6245
Fax: (213) 335-6246

Attorneys for Plaintiff